Jay L. Raftery, Jr. (SBN: 264114)
**LIVE EYEWEAR, INC.**
3490 Broad Street
San Luis Obispo, California 93401
Telephone: (805) 782-6438
Facsimile: (805) 782-5077
jraftery@liveeyewear.com
*Attorney for Plaintiff Live Eyewear, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE EYEWEAR, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CLIFF WEIL, INC., a Virginia corporation,<br><br>        Defendant. | CASE NO. CV11-06062 MMM(JCx)<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION AND DILUTION (INJUNCTIVE RELIEF SOUGHT)**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Live Eyewear, Inc. ("Live Eyewear") complains against defendant Cliff Weil, Inc. ("Cliff Weil" or "Defendant'), as follows:

## JURISDICTION AND VENUE

1.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331. 1332 and 1338(a) and 15 U.S.C. § 1121 because Live Eyewear's cause of action arises under the trademark laws of the United States, 35 U.S.C. §§ 1 *et seq.*

2.    This Court has supplemental subject matter jurisdiction over the pendent state law claims under 28 U.S.C. § 1367 because these claims are so related to Live Eyewear's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.    Live Eyewear is informed and believes that venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Defendants have done and continue to do business in this judicial district, and have committed and continue to commit acts of trademark infringement in this judicial district, entitling Live Eyewear to relief as set forth.

1
COMPLAINT

**INTRADISTRICT ASSIGNMENT**

4.  Assignment to the Western Division is appropriate because the majority of claims and certain of the transactions, acts, practices and courses of business alleged below occurred within the Central District of California, including San Luis Obispo, California.

**PARTIES**

5.  Live Eyewear is a California corporation with its principal place of business located at 3490 Broad Street, San Luis Obispo, California 93401.  Live Eyewear was founded in 2001 and is now recognized as a world leader in the over-prescription eyewear market including its OVERX® and COCOONS® brands.

6.  Live Eyewear is informed and believes that Cliff Weil, Inc. is a Virginia corporation with its principal place of business at 8043 Industrial Park Road, Mechanicsville, Virginia 23116.  Live Eyewear is informed and believes that Cliff Weil manufactures, distributes and/or sells over-prescription sunglasses under various brand names in this judicial district.

**FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

A.    **Live Eyewear's Trademarks**

7.  Live Eyewear marks its OVERX® brand products with a set of trademarks that are famous around the world in the sunglasses market.  For over a decade, Live Eyewear has spent substantial amounts of time, money and effort advertising and promoting the products on which its trademarks are used and has sold many thousands of these products all over the world, including throughout the United States and California.  Through its investment and its significant sales, Live Eyewear has created considerable goodwill and a reputation for quality products.  Live Eyewear continuously has used the OVERX® trademark, in one form or another, to distinguish its products.

8.  Live Eyewear owns the following federally registered trademarks, attached as Exhibit A, incorporating some form of its OVERX trademark:

     a.  U.S. Registration No. 3,931,129 (OVERX) (first used in 2002) ;

     b.  U.S. Registration No. 2,688,860 (OVERX and design)(first used in 2002);

c. U.S. Registration No. 2,979,343 (WEAR OVERX)(first used in 2005);

d. U.S. Registration No. 3,539,909 (OVERX AUTHENTIC DESIGNED IN THE USA)(first used in 2007); and

e. U.S. Registration No. 3,216,304 (OVERXCAST)(first used in 2005).

9.      Live Eyewear continuously has used each of the above trademarks, from the registration date or earlier, until the present and during all time periods relevant to Live Eyewear's claims.  Many of Live Eyewear's marks have become incontestable under the provisions of 15 U.S.C. § 1065.

**B.      Cliff Weil's Infringement of Live Eyewear's Trademarks and Trade Dress**

10.     Live Eyewear is informed and believes that Cliff Weil has in the past and continues to manufacture, source, market and/or sell over-prescription sunglasses that feature the OVERXALLS brand which incorporates Live Eyewear's OVERX and OVERX and design trademarks in their entirety and is confusingly similar to Live Eyewear's WEAR OVERX, OVERX AUTHENTIC DESIGNED IN THE USA and OVERXCAST trademarks. Cliff Weil's use of the OVERXALLS term violates Live Eyewear's rights in its trademarks. Examples of Cliff Weil's use of Live Eyewear's protected OVERX® trademark is attached as Exhibit B.

11.     Live Eyewear is informed and believes that Cliff Weil has manufactured, marketed and sold substantial quantities of products bearing Live Eyewear's protected trademarks, and has obtained and continues to obtain substantial profits thereby.

12.     Cliff Weil's actions as alleged herein have caused and will cause Live Eyewear irreparable harm for which money damages and other remedies are inadequate.  Unless Cliff Weil is restrained by this Court, it will continue and/or expand the illegal activities alleged in this Complaint and otherwise continue to cause great and irreparable damage and injury to Live Eyewear by, among other things:

a. Depriving Live Eyewear of its statutory rights to use and control use of its trademarks;

b.   Creating a likelihood of confusion, mistake and deception among consumers and the trade as to the source of the infringing products;

c.   Causing the public falsely to associate Live Eyewear with Cliff Weil and/or its products or vice versa;

d.   Causing Live Eyewear to lose sales of its genuine OVERX® sunglass products.

13.   Accordingly, in addition to other relief sought, Live Eyewear is entitled to preliminary and permanent injunctive relief against Cliff Weil and all persons acting in concert with it.

## COUNT I
## FEDERAL TRADEMARK INFRINGMENT
### (15 U.S.C. §§ 1114-1117)

14.   Live Eyewear incorporates by reference each and every allegation in the preceding paragraphs.

15.   Without Live Eyewear's consent, Defendants have used, in connection with the sale, offering for sale, distribution or advertising of its products, designs that infringe upon Live Eyewear's registered OVERX, OVERX and design, WEAR OVERX and OVERX AUTHENTIC DESIGNED IN THE USA trademarks.

16.   These acts of trademark infringement have been committed with the intent to cause confusion, mistake, or deception, and are in violation of 15 U.S.C. § 1114.

17.   Live Eyewear is informed and believes, and on that basis alleges that Defendants' infringement of Live Eyewear's trademarks has been and continues to be intentional, willful and without regard to Live Eyewear's trademark rights.

18.   Live Eyewear is informed and believes, and on that basis alleges that Defendants have gained profits by virtue of its infringement of Live Eyewear's trademarks.

19.   Live Eyewear will suffer and is suffering irreparable harm from Defendants' infringement of the Live Eyewear trademarks insofar as Live Eyewear's invaluable goodwill is being eroded by Defendants' continuing infringement.  Live Eyewear has no adequate remedy at law to compensate it for the loss of business reputation, customers, market position,

confusion of potential customers and good will flowing from Defendants' infringing activities.  Pursuant to 15 U.S.C. § 1116, Live Eyewear is entitled to an injunction against Defendants' continuing infringement of Live Eyewear's trademarks.  Unless enjoined, Defendants will continue their infringing conduct.

20.     Because Defendants' actions have been committed with the intent to damage Live Eyewear and to confuse and deceive the public, Live Eyewear is entitled to treble its actual damages or Defendants' profits, whichever is greater, and to an award of costs and, this being an exceptional case, reasonable attorneys' fees pursuant to 15. U.S.C. § 1117(a) and 1117(b). Alternatively, Live Eyewear is entitled to the maximum statutory damages allowed under 15 U.S.C. § 1117(c).  Live Eyewear will make its election at the appropriate time before final judgment.

## COUNT II
## TRADE DRESS INFRINGMENT
### (15 U.S.C. § 1125(a))

21.     Live Eyewear incorporates by reference each and every allegation in the preceding paragraphs.

22.     Live Eyewear is the owner of common law rights throughout the United States in Live's trademarks and trade dress ("Live's IP") through their use and promotion in interstate commerce.

23.     Live's IP is well known among eye care professionals and, over its 10-year existence, has come to be associated exclusively with Live and Live products.

24.     Live's IP has become distinctive of Live Eyewear's products and distinguishes Live Eyewear's product from those offered by others.

25.     Live's IP was distinctive long before Defendants began offering similarly packaged goods to customers.

26.     Live's IP is non-functional.

27.     Defendants' unauthorized use, sale and distribution of goods in a manner nearly identical to Live's IP has caused actual customer confusion and is likely to continue to

1    cause confusion, mistake, or to deceive as to the source of goods provided by Defendants, or

2    as to affiliation, connection, association, sponsorship, or approval of such goods.

3        28.    Defendants' unauthorized use, sale and distribution of goods in a manner

4    nearly identical to Live's IP constitutes trademark and trade dress infringement in violation of

5    Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

6        29.    Live Eyewear is informed and believes, and on that basis alleges, that

7    Defendants' infringement of Live's IP has and continues to be intentional, willful and without

8    regard to Live Eyewear's trademark and trade dress rights.

9        30.    Live Eyewear is informed and believes, and on that basis alleges, that

10   Defendants have gained profits by virtue of its infringement of Live's IP.

11       31.    Live Eyewear also has sustained damages as a direct and proximate result of

12   Defendants' infringement of Live's IP in an amount to be proven at trial.

13       32.    Pursuant to 15 U.S.C. § 1116, Live Eyewear is entitled to an injunction against

14   Defendants' continuing infringement of Live's IP.  Unless enjoined, Defendants will continue

15   their infringing conduct.

16       33.    Because Defendants' actions have been committed with intent to damage Live

17   Eyewear and to confuse and deceive the public, Live Eyewear is entitled to treble its actual

18   damages or Defendants' profits, whichever is greater, and to an award of costs and, this being

19   an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).

20   Alternatively, Live Eyewear is entitled to the maximum statutory damages allowed under 15

21   U.S.C. § 1117(c).  Live Eyewear will make its election at the appropriate time before final

22   judgment.

23                        **COUNT III**
         **CALIFORNIA TRADEMARK INFRINGEMENT AND DILUTION**
24                **(Cal. Bus. & Prof. Code §§ 14245, 14247, 14250)**

25       34.    Live Eyewear incorporates by reference each and every allegation in the

26   preceding paragraphs.

27

28

35.     Defendants' infringement of Live Eyewear's federal and state trademarks is likely to cause consumer confusion and dilution of Live Eyewear's Trademarks in violation of California Business & Professions Code Sections 14245 and 14247.

36.     Defendants infringed and diluted Live Eyewear's Trademarks with knowledge and intent to cause confusion, mistake or deception.

37.     Defendants conduct is aggravated by that kind of willfulness, wantonness, malice and conscious indifference to the rights and welfare of Live Eyewear for which California law allows the imposition of exemplary damages.

38.     Pursuant to Cal. Business & Professions Code §§ 14247 and 14250, Live Eyewear is entitled to injunctive relief and damages in the amount of three times Defendants' profits and three times all damages suffered by Live Eyewear by reason of Defendants manufacturer, use, display or sale of infringing goods.

**COUNT IV**
**FEDERAL UNFAIR COMPETITION**
**(False Designation of Origin and False Description)**
**(15 U.S.C. § 1125(a); Lanham Act § 43(a))**

39.     Live Eyewear incorporates by reference each and every allegation in the preceding paragraphs.

40.     Defendants' conduct constitutes the use of symbols or devices tending falsely to describe the infringing products, within the meaning of 15 U.S.C. § 1125 (a)(1). Defendants' conduct is likely to cause confusion, mistake, or deception by or in the public as to the affirmation, connection, association, origin, sponsorship or approval of the infringing products to the detriment of Live and in violation of 15 U.S.C. § 1125(a)(1).

41.     As a direct and proximate result of Defendants' infringing activities, Live has suffered substantial damage.

**COUNT V**
**STATE UNFAIR COMPETITION**
**(Cal. Bus. & Prof. Code § 17200)**

42.     Live Eyewear incorporates by reference each and every allegation in the preceding paragraphs.

7
COMPLAINT

43.     Defendants' business practices as alleged above constitute unfair competition and unfair business practices in violation of Section 17200 *et seq.* of the California Business and Professions Code.

44.     Pursuant to the California Business and Professions Code § 17203, Live Eyewear is entitled to enjoin these practices. Without injunctive relief, Live Eyewear has no means by which to control Defendants unlawful sales of infringing products. Similarly, Live Eyewear has no way to control the confusion created by Defendants' infringement of Live's IP. Live Eyewear is therefore entitled to injunctive relief prohibiting Defendants from continuing such acts of unfair competition pursuant to California Business and Professions Code § 17203.

## PRAYER FOR RELIEF

WHEREFORE, Live Eyewear prays for the following relief:

A.     Adjudge that Defendants have infringed Live Eyewear's trademark rights under common law, 15 U.S.C. § 1114, and/or California law;

B.     Adjudge that Defendants have competed unfairly with Live Eyewear in violation of Live Eyewear's rights under common law, 15 U.S.C. 1125(a), and/or California law;

C.     Adjudge that Defendants' activities are likely to, or have, diluted Live Eyewear's trademarks in violation of Live Eyewear's rights under common law, 15 U.S.C 1125(c), and/or California law;

D.     Adjudge that Defendants and their agents, employees, attorneys, successors, assigns, affiliates, joint venturers and any person(s) in active concert or participation with it, and/or any person(s) acting for, with, by, through or under it, be enjoined and restrained at first during the pendency of this action and thereafter permanently from:

a. Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods that display any words or symbols that so resemble Live Eyewear's trademarks and/or trade dress as to

8

COMPLAINT

be likely to cause confusion, mistake or deception, on or in connection with any product that bears any of Live Eyewear's trademarks which are the subject of this Complaint and for which Cliff Weil is responsible, or any other approximation of Live Eyewear's trademarks.

b.  Using any word, term, name, symbol, device or combination thereof that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Cliff Weil or its products with Live Eyewear or as to the origin of Cliff Weil's goods, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

c.  Further infringing the rights of Live Eyewear in and to any of its trademarks or otherwise damaging Live Eyewear's goodwill or business reputation;

d.  Otherwise competing unfairly with Live Eyewear in any manner;

e.  Continuing to perform in any manner whatsoever any of the other acts complained of in this Complaint;

E.  Adjudge that Cliff Weil be required immediately to supply Live Eyewear's counsel with a complete list of individuals and entities from whom or which it purchased, and to whom or which it sold, offered for sale, distributed, advertised or promoted, infringing products as alleged in this Complaint;

F.  Adjudge that Cliff Weil be required immediately to deliver to Live Eyewear's counsel its entire inventory of infringing products, including without limitation all sunglasses and any other packaging, labeling, advertising and promotion material, and any other thing that is in Cliff Weil's possession or subject to Cliff Weil's control and that infringe Live Eyewear's trademarks and/or trade dress as alleged in this Complaint;

G.  Adjudge that Cliff Weil, within thirty (30) days after service of the judgment demanded herein, be required to file with this Court and serve upon Live Eyewear's counsel, a written report under oath setting forth in detail the manner in which it has complied with the judgment;

H.     Adjudge that Live Eyewear be awarded its actual damages and lost profits in an amount to be proven at trial, that Cliff Weil be required to account for any profits that are attributable to its illegal acts, ad that Live Eyewear be awarded all such amounts including any statutory damages or multipliers that are available, plus prejudgment interest;

I.     Order an accounting of and impose a constructive trust on all of Cliff Weil's funds and assets that arise out of the infringing activities;

J.     Adjudge that Live Eyewear be awarded its costs and disbursements incurred in connection with this action, including Live Eyewear's reasonable attorneys' fees and investigative expenses; and

K.     Adjudge that all such other relief be awarded to Live Eyewear as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff Live Eyewear, Inc. hereby demands a trial by jury of all issues triable by jury pursuant to Federal Rule of Civil Procedure 38(b).

Dated:  July 19, 2011                                    Respectfully submitted,

LIVE EYEWEAR, INC.

By: _____
Jay Laurence Raftery, Jr.

Attorney for Plaintiff
LIVE EYEWEAR, INC.

EXHIBIT A

COMPLAINT

# United States of America

## United States Patent and Trademark Office

# OVERX

**Reg. No. 3,931,129**   LIVE EYEWEAR, INC. (CALIFORNIA CORPORATION)
3490 BROAD STREET
**Registered Mar. 15, 2011**   SAN LUIS OBISPO, CA 93401

**Int. Cl.: 9**   FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2002; IN COMMERCE 5-1-2002.

**TRADEMARK**

**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,688,860, 2,979,343, AND 3,539,909.

SER. NO. 85-097,267, FILED 7-30-2010.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,979,343

## United States Patent and Trademark Office

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## WEAR OVERX

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE, SUITE 150
SAN LUIS OBISPO, CA 93401

FOR: SUNGLASSES, READING GLASSES, CLIP-
ON SUNGLASSES, SAFETY GLASSES, PROTEC-
TIVE EYEWEAR, EYEGLASS CASES, EYEGLASS
CHAINS, EYEGLASS CORDS, EYEGLASS CLEAN-

ING KITS COMPRISED OF EYEGLASS CLEANING
CLOTHS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-25-2005; IN COMMERCE 2-25-2005.

SN 78-310,588, FILED 10-7-2003.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 19 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:    OR    Jump    to record:    **Record 2 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | WEAR **OVERX** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses, reading glasses, clip-on sunglasses, safety glasses, protective eyewear, eyeglass cases, eyeglass chains, eyeglass cords, eyeglass cleaning kits comprised of eyeglass cleaning cloths. FIRST USE: 20050225. FIRST USE IN COMMERCE: 20050225 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78310588 |
| **Filing Date** | October 7, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 13, 2004 |
| **Registration Number** | 2979343 |
| **Registration Date** | July 26, 2005 |
| **Owner** | (REGISTRANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 125 Venture Drive San Luis Obispo CALIFORNIA 93401 |
| | (LAST LISTED OWNER) LIVE EYEWEAR, INC. CORPORATION CALIFORNIA 3490 Broad Street San Luis Obispo CALIFORNIA 93401 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

Case 2:11-cv-06062-MMM-JCG   Document 1   Filed 07/22/11   Page 15 of 29   Page ID #:20

| Attorney of Record | Jay L. Raftery, Jr. |
|---|---|
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,688,860

**United States Patent and Trademark Office**   Registered Feb. 18, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# OVERX

DIOPTICS MEDICAL PRODUCTS, INC. (CALIFORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FIRST USE 5-1-2002; IN COMMERCE 5-1-2002.

SER. NO. 78-132,474, FILED 5-31-2002.

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

APRIL L. RADEMACHER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 19 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:      OR   Jump   to record:      **Record 3 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OVERX |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses. FIRST USE: 20020501. FIRST USE IN COMMERCE: 20020501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.17 - Prescription symbol (Rx) |
| **Serial Number** | 78132474 |
| **Filing Date** | May 31, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 26, 2002 |
| **Registration Number** | 2688860 |
| **Registration Date** | February 18, 2003 |
| **Owner** | (REGISTRANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 125 Venture Drive San Luis Obispo CALIFORNIA 93401 |
| | (LAST LISTED OWNER) LIVE EYEWEAR, INC. CORPORATION CALIFORNIA 3490 Broad Street San Luis Obispo CALIFORNIA 93401 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |

**Register**            PRINCIPAL
**Affidavit Text**      SECT 15. SECT 8 (6-YR).
**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,539,909**

## United States Patent and Trademark Office

Registered Dec. 2, 2008

### TRADEMARK
### PRINCIPAL REGISTER



LIVE EYEWEAR, INC. (CALIFORNIA CORPORA-
TION)
125 VENTURE DRIVE
SAN LUIS OBISPO, CA 93401

FOR: FRAMES FOR SPECTACLES AND SUN-
GLASSES; SPECTACLES AND SUNGLASSES; SUN-
GLASSES; SUNGLASSES AND SPECTACLES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-29-2007; IN COMMERCE 8-29-2007.

OWNER OF U.S. REG. NO. 2,688,860.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DESIGNED IN USA" AND "AU-
THENTIC" AND "EYEWEAR", APART FROM THE
MARK AS SHOWN.

THE COLOR(S) BLACK, WHITE, RED, BLUE,
GRAY IS/ARE CLAIMED AS A FEATURE OF THE
MARK.

THE MARK CONSISTS OF A DARK GRAY
CIRCLE OUTLINED IN BLACK WITH THE WORDS
"DESIGNED IN USA LIVE EYEWEAR" IN WHITE
AROUND THE OUTER CIRCUMFERENCE. GRAY
BAND GOING THROUGH THE INTERIOR OF THE
CIRCLE WITH THE WORDS "OVERX AUTHENTIC"
IN WHITE BORDERED BY ONE WHITE STAR ON
THE LEFT AND RIGHT HAND SIDES. A STYLIZED
AMERICAN FLAG FILLS THE INTERIOR OF THE
CIRCLE. THE FLAG HAS A BLUE RECTANGLE
WITH WHITE STARS IN THE UPPER LEFT QUAD-
RANT AND RED AND WHITE STRIPES IN THE
REMAINING THREE QUADRANTS.

SER. NO. 77-438,310. FILED 4-2-2008.

DAVID MURRAY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,216,304
Registered Mar. 6, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# OVERXCAST

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FOR: SUNGLASSES, CLIPON SUNGLASSES,
PROTECTIVE EYEWEAR, EYEGLASS CASES, EYE-
GLASS CHAINS, EYEGLASS CORDS, EYEGLASS
CLEANING KITS COMPRISED OF EYEGLASS
CLEANING CLOTHS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-453,047, FILED 7-19-2004.

BENJIPARADEWELAI, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 19 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 16 out of 45**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# OVERXCAST

| | |
|---|---|
| **Word Mark** | OVERXCAST |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses, clipon sunglasses, protective eyewear, eyeglass cases, eyeglass chains, eyeglass cords, eyeglass cleaning kits comprised of eyeglass cleaning cloths. FIRST USE: 20050601. FIRST USE IN COMMERCE: 20050601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78453047 |
| **Filing Date** | July 19, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 21, 2005 |
| **Registration Number** | 3216304 |
| **Registration Date** | March 6, 2007 |
| **Owner** | (REGISTRANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 125 Venture Drive San Luis Obispo CALIFORNIA 93401 |

(LAST LISTED OWNER) **LIVE EYEWEAR**, INC. CORPORATION CALIFORNIA 3490 Broad Street San Luis Obispo CALIFORNIA 93401

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jay L. Raftery, Jr. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

COMPLAINT





**Overalls by Sea Striker** high performance sunglasses are powered by the PolaTac 400 polarized lens for superior optical quality and maximum UV protection. They are designed to be worn directly over prescription eyewear. A full wraparound fit and side window lenses offer the best in comfort and protection for prescription eyeglass wearers.



Overalls polarized lenses eliminate glare, which impairs your vision and strains your eyes. They also block 100% of harmful ultraviolet rays that can permanently damage your eyes.

8043 Industrial Park Road, Mechanicsville, Virginia 23116 • (804) 746-1321 • Toll Free (800) 446-9345 • Fax (804) 746-2595 • info@cliffweil.com

PRIVACY POLICY © 2011 Cliff Weil, Inc. All rights reserved.
03.04.11







8043 Industrial Park Road, Mechanicsville, Virginia 23116 • (804) 746-1321 • Toll Free (800) 446-9345 • Fax (804) 746-2595 • info@cliffweil.com

PRIVACY POLICY © 2011 Cliff Weil, Inc. All rights reserved.
03.04.11







## Overalls Large

Large polycarbonate wrap with 1.00mm polarized lenses and side windows. Black frame with grey lenses or tortoise frame with amber lenses.







**Overalls Medium**

Medium polycarbonate wrap with 1.00mm polarized
lenses and side windows. Black frame with grey lenses
or tortoise frame with amber lenses.



# IMAGE OF BROCHURE TAKEN AT
# ICAST TRADE SHOW
## Las Vegas, NV

## Friday, July 15, 2011



IMAGE OF BOOTH TAKEN AT ICAST
TRADE SHOW
Las Vegas, NV

Friday, July 15, 2011